ins, Watson & Johnston and Pless & Winborne for plaintiff; S. J. Ervin for defendant.

Clarissa L. Lowery v. The South and Western Railroad Co. et al., from McDowell. Per Curiam, December 15. Affirmed on authority of Kimberly v. Howard, 143 N. C., 398. Avery & Avery and W. T. Morgan for plaintiff; Hudgins, Watson & Johnston for defendant.

Charles E. Merrill v. Southern Railway Co. et al. (appellants), from Buncombe. Per Curiam, December 23. Reversed. Clark, C. J., did not sit. Locke Craig, J. H. Merrimon and J. G. Merrimon for plaintiff; W. B. Rodman and Moore & Rollins for defendants.

M. E. Cozard et al. v. Henry M. McAden et al. (appellants), from Graham. Per Curiam, December 23. The Court being evenly divided in opinion (Hoke, J., not sitting; Clark, C. J., and Manning, J., voting to affirm; Walker and Brown, JJ., voting to reverse), the judgment below stands affirmed. Zebulon Weaver, J. D. Murphy, F. L. Johnson and T. A. Morphew for plaintiffs; Dillard & Bell and Merrick & Barnard for defendants.